UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL ALAN CROOKER | ) | |
| | ) | |
| v. | ) | C.A. 11-229L |
| | ) | |
| GLOBAL TEL LINK | ) | |

ORDER OF DISMISSAL

The Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated January 6, 2012, hereby is accepted and adopted.

Therefore, this case is dismissed without prejudice pursuant to 28 U.S.C. §1915(g) and for failure to pay the civil case filing fee, subject to reinstatement if Plaintiff pays the full amount of the $350.00 civil case filing fee within thirty (30) days of the issuance of this Dismissal Order.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
February 28, 2012